United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT CHARLES MILLER,<br>Plaintiff,<br>v.<br>OFFICER J. DEFRANCO, et al.,<br>Defendants. | Case No. 25-cv-07737-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff Miller was returned as undeliverable more than 60 days ago. (Dkt. No. 12.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) because Miller failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Miller may move to reopen the action. Any motion to reopen must have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 10, 2026

WILLIAM H. ORRICK
United States District Judge